## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DELWAYNE DENNY,<br><br>                    Defendant. | CR 12-88-GF-BMM-JTJ<br><br>**FINDINGS AND**<br>**RECOMMENDATIONS** |

### I.  Synopsis

Defendant Delwayne Denny (Denny) has been accused of violating the conditions of his supervised release.  Denny admitted all of the alleged violations except alleged violation 10.  The Court dismissed alleged violation 10 on the government's motion.  Denny's supervised release should be revoked.  Denny should be placed in custody for 6 months, with 109 months of supervised release to follow.  Denny should receive credit for time served since May 15, 2020.

### II.  Status

Denny pleaded guilty to Sexual Abuse on January 29, 2013.  (Doc. 24).  The Court sentenced Denny to 85 months of custody, followed by 10 years of supervised release.  (Doc. 32).  Denny's current term of supervised release began

on May 7, 2019.  (Doc. 60 at 1).

**Petition**

The United States Probation Office filed a Third Amended Petition on

November 26, 2019, requesting that the Court revoke Denny's supervised release.

(Doc. 60).  The Third Amended Petition alleges that Denny violated the conditions

of his supervised release: 1) by failing to notify his probation officer of a change

in residence; 2) by failing to report for substance abuse testing; 3) by using

methamphetamine; 4) by failing to report for substance abuse treatment; 5) by

committing another crime; and 6) by consuming alcohol.

**Initial appearance**

Denny appeared before the undersigned for his initial appearance on the

Third Amended Petition on May 28, 2020.  Denny was represented by counsel.

Denny stated that he had read the petition and that he understood the allegations.

Denny waived his right to a preliminary hearing.  The parties consented to proceed

with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on May 28, 2020.  Denny

admitted that he had violated the conditions of his supervised release: 1) by failing

to notify his probation officer of a change in residence; 2) by failing to report for

substance abuse testing; 3) by using methamphetamine; 4) by failing to report for

substance abuse treatment; and 5) by committing another crime.  The Court

dismissed alleged violation 10 on the government's motion.  The violations that

Denny admitted are serious and warrant revocation of Denny's supervised release.

Denny's violations are Grade C violations.  Denny's criminal history

category is II.  Denny's underlying offense is a Class A felony.  Denny could be

incarcerated for up to 60 months.  Denny could be ordered to remain on supervised

release for up to 116 months, less any custody time imposed.  The United States

Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III.  Analysis

Denny's supervised release should be revoked.  Denny should be

incarcerated for 6 months, with 109 months of supervised release to follow.

Denny should receive credit for time served since May 15, 2020.  This sentence is

sufficient but not greater than necessary.

### IV.  Conclusion

The Court informed Denny that the above sentence would be recommended

to United States District Judge Brian Morris.  The Court also informed Denny of

his right to object to these Findings and Recommendations within 14 days of their

issuance.  The Court explained to Denny that Judge Morris would consider a

3

timely objection before making a final determination on whether to revoke his

supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Delwayne Denny violated the conditions of his supervised release: by failing to notify his probation officer of a change in residence; by failing to report for substance abuse testing; by using methamphetamine; by failing to report for substance abuse treatment; and by committing another crime.

The Court **RECOMMENDS:**

> That the District Court revoke Denny's supervised release and commit Denny to the custody of the United States Bureau of Prisons for a term of 6 months, with 109 months of supervised release to follow.  Denny should receive credit for time served since May 15, 2020.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district court judge will

make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made.  The district court judge may

accept, reject, or modify, in whole or in part, the Findings and Recommendations.

Failure to timely file written objections may bar a de novo determination by the

district court judge, and may waive the right to appear and allocute before a

district court judge.

DATED this 1st day of June, 2020.

John Johnston
United States Magistrate Judge