IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-88-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| DELWAYNE DENNY, | |
| Defendant. | |

**IT IS HEREBY ORDERED** the Arrest Warrant (Doc. 70) is QUASHED.

DATED this 29thday of November, 2021.

Brian Morris
United States District Court Judge